FILED
2014 Jan-16 AM 10:36
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| SHIRLEY C. TURK,            )<br>                                         )<br>         Plaintiff         )<br>                                         )<br>    vs.                         )<br>                                         )<br> CAVALRY SPV I, LLC,   )<br>                                         )<br>         Defendant      ) | Case No.  2:13-cv-02212-HGD |

## DISMISSAL ORDER

Plaintiff has filed a Motion to Voluntarily Dismiss With Prejudice. (Doc. 6). It is ORDERED, ADJUDGED and DECREED that plaintiff's motion is due to be and hereby is GRANTED, and this action is DISMISSED WITH PREJUDICE, costs taxed as paid.

DONE and ENTERED this 16th day of January, 2014.



MADELINE HUGHES HAIKALA
U.S. DISTRICT JUDGE